GASPARE LO MONACO, Respondent-Appellant, v. 43RD STREET ESTATES CORP. et al., Respondents-Appellants, and A. J. McNULTY & Co., Appellant. 43RD STREET ESTATES CORP. et al., Third-Party Plaintiffs-Appellants, v. G. B. S. CONSTRUCTION CORPORATION, Third-Party Defendant-Respondent.— In

Rabin, P. J., Martuscello, Shapiro, Christ and Brennan, JJ., concur.